| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Nhan Ho<br>Special Agent: Rebecca Childs | Telephone: (313) 226-9100<br>Telephone: (313) 202-3400 | |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Ian Walter

Case No. 2:25-mj-30585
Judge: Unassigned,
Filed: 09-15-2025 At 05:52 PM
CMP USA V. IAN WALTER (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 4, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Rebecca Childs, Special Agent-ATF
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 15, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_____
Printed name and title

# AFFIDAVIT

I, Rebecca Childs, being duly sworn, depose and state the following:

## INTRODUCTION

1. I have been employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent since January 2020. I have received extensive training from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I obtained a bachelor's degree in Global Security and Intelligence Studies from Embry-Riddle Aeronautical University.

2. During my employment with ATF, I have conducted and/or participated in dozens of criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited

purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The ATF is currently conducting a criminal investigation concerning Ian WALTER (DOB: XX/XX/2001), for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) on September 4, 2025.

## PROBABLE CAUSE

5. In November 2022, WALTER pled guilty to 18 U.S.C. § 2118(b) Burglary Involving Controlled Substances, Aiding and Abetting pursuant to a plea agreement in the United States District Court for the Eastern District of Michigan. (Case No. 22-20216, ECF No. 52). The plea agreement informs WALTER that the charge to which he pleads guilty carries up to 20 years in prison. (*Id.*, PageID.373). The plea agreement also informs WALTER that his conviction can carry additional consequences, including "adverse effect on the defendant's … right to carry a firearm." (*Id.*, PageID.377). Based on my training and experience, I am aware that the court in the Eastern District of Michigan advises the defendant the nature of the charge, the maximum statutory penalties, and the potential consequences of the conviction before accepting the defendant's guilty plea.

6. WALTER's presentence investigation report also informs WALTER of the maximum term of imprisonment (20 years) and his advisory guideline imprisonment range (15 months to 21 months). Based on my training and

2

experience, I am aware that the court in the Eastern District of Michigan confirms with the defendant and his attorney that they reviewed the presentence report and had the opportunity to make objections before imposing a sentence.

7. Accordingly, probable cause exists that WALTER is aware that he has been convicted of a crime punishable by imprisonment for more than one year.

8. In June 2023, WALTER was sentenced to 45 days in custody, followed by three years' supervised release. (Case No. 22-20216, ECF No. 72). WALTER began supervised release on September 3, 2023. His supervised release conditions include, "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon…" (*Id.*, PageID.672).

9. In August 2025, law enforcement learned that WALTER used the Instagram account "horsetheone" to make statements indicating that he possessed firearms despite being a convicted felon on federal supervised release, including:

| Time | Statement |
| --- | --- |
| 06/13/2025, 23:47:15 UTC | "With my gun out on yo soul" |
| 06/13/2025, 23:48:14 UTC, edited at 23:48:27 UTC | "And they mans off to the back with they guns in hand just like me." |
| 06/14/2025, 00:25:55 UTC | "Bought multiple guns and cars niccas joy rode the whips." |
| 06/14/2025, 00:26:14 UTC | "Y'all just lost all the guns again I just bought more fa niccas smh" |

3

| 06/19/2025, 21:34:54 UTC | "Went to the gun range then came to this other one in Warren" |
|---|---|
| 06/28/2025, 03:10:12 UTC and 3:10:17 UTC | "You have to invest in guns & mask" "And stolen cars" |
| 07/06/2025, 21:33:22 UTC | "That's why I carry a gun 😅" |

10. On June 13, 2025, at 23:40:33 UTC, "horsetheone" sent a voice message, on which WALTER can be heard saying "I had my gun out."

11. On September 4, 2025, law enforcement executed federal search warrants for the locations WALTER had reported to his supervising probation officer as his residences in late August 2025, including the houses at XXXXX Rossini Street, Detroit, Michigan 48205 and XXXXX Toepfer Drive, Eastpointe, Michigan 48021. As part of his supervised release conditions, WALTER is required to live at an address approved by the probation officer and must notify his probation officer of any change of residence.

12. At the Rossini address, law enforcement located, in the crawlspace accessible through a closet in the upstairs bedroom suite, a DTI Delton Inc., model DTI-15, 5.56 NATO caliber, rifle wrapped in a bedsheet, with a magazine loaded with seven (7) rounds of ammunition placed on top (see below).

4




13. In the same upstairs bedroom suite, law enforcement found United States Department of Justice mail addressed to WALTER in another closet.

14. All the occupants who were interviewed by law enforcement at the Rossini address denied ownership, possession, or knowledge of the rifle.

15. According to a law enforcement database, this firearm had been reported stolen out of Anderson, Indiana in June 2020.

16. During the execution of the search warrant at the Toepfer address, where WALTER was present, law enforcement located two firearms, both had been reported stolen, and various rounds and calibers of ammunition.

17. I consulted with ATF Interstate Nexus Expert, Special Agent Kara Klupacs. She concluded that the DTI Delton Inc., model DTI-15, 5.56 NATO

5

caliber, rifle was manufactured outside the State of Michigan, and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## CONCLUSION

18.     Probable cause exists that on September 4, 2025, in the Eastern District of Michigan, Ian WALTER knowingly possessed a firearm after having been convicted of a felony offense, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Rebecca Childs, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge

Date:   September 15, 2025

6